

RECEIVED
IN MONROE, LA

JAN - 7 2008

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-30038-08 |
| VERSUS | * | JUDGE JAMES |
| SALWAN MUSA HUSSEIN MOHAMED | * | MAGISTRATE JUDGE HAYES |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the guilty plea of the defendant, Salwan Musa Hussein Mohamed, and adjudges him guilty of the offense charged in Count 17 of the indictment against him, the forfeiture allegations contained therein (all counts), and his obligation to provide restitution to the victims of all counts.

THUS DONE AND SIGNED this __7__ day of __January__, 2007, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION